IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RASHOND W. BAKER,           )
                            )
    Plaintiff,              )
                            )
v.                          )   CASE NO. CV415-139
                            )
CHRISTOPHER MIDDLETON,      )
Assistant Public Defender;  )
and ROBERT ATTRIDGE,        )
Assistant Public Defender;  )
                            )
    Defendants.             )
                            )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 9). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of October 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion for Extension of Time (Doc. 10) is **DENIED**. Additional time is unnecessary because Defendants are clearly not subject to claims brought under 42 U.S.C. § 1983.