UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| RASHOND W. BAKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV415-139 |
| CHRISTOPHER MIDDLETON, and ROBERT ATTRIDGE, | ) | |
| Defendants. | ) | |

## ORDER

Former Plaintiff[1] Rashond W. Baker asks the Court to provide him with "a copy of the final disposition" of this closed civil rights case and "a complete copy of how much more money[] . . . [he] owe[s]" for the filing fee.[2] Doc. 14. He also requests 2 copies of the Court's form petition for writ of habeas corpus and 2 copies of the Court's form application to proceed *in forma pauperis*. *Id.*

---

[1] The Court screened Baker's complaint and recommended that it be dismissed because the defendants were not state actors within the meaning of 28 U.S.C. § 1983. Doc. 7 at 2-3, *adopted* doc. 10.

[2] The Court granted Baker leave to proceed *in forma pauperis* in this case. Doc. 3. Pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915(b)(1), he was required to pay an initial partial filing fee and pay the balance by deducting a percentage of the income deposited into his prison account. *Id.*

No provision of 28 U.S.C. § 1915 "authorizes courts to commit federal monies for payment of the necessary expenses in a civil suit brought by an indigent litigant." *Tabron v. Grace*, 6 F.3d 147, 158-59 (3d Cir. 1993); *see also Wanninger v. Davenport*, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . ." (quotes and cite omitted)). Accordingly Baker's motion for additional copies of previously served documents is **DENIED**. Should Baker require additional copies of any docketed item, he may obtain them from the Clerk of Court at the standard cost of fifty cents per page or download them directly from PACER.

The Clerk is **DIRECTED** to serve with this Order a copy of the docket sheet, the requested forms, and a statement of the amount that Baker currently owes for the filing fee in this case.

**SO ORDERED**, this 29th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA